# United States District Court
# For The Western District of North Carolina
# Statesville Division

ARTHUR HARRY NORTHRUP, JR.,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          5:09CV41

B. L. ALBERT AND M. JASON GOUDELOCK,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2011, Memorandum and Order.

                                        Signed: December 20, 2011

Frank G. Johns, Clerk
United States District Court